# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DILLAN NEWBOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 4:18-cv-01572 |
| | ) |
| CITY OF SAINT LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW attorney Samuel Henderson of ArchCity Defenders, Inc. and hereby enters his appearance on behalf of Plaintiff in the above-captioned matter.

Dated: April 29, 2020

Respectfully submitted,

**ArchCity Defenders, Inc.**

By:/s/ *Samuel Henderson*
Samuel Henderson #56330MO
440 N. 4th St., Suite 390
Saint Louis, MO 63102
855-724-2489 ext 1008
314-925-1307 (fax)
shenderson@archcitydefenders.org
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was delivered to the court and all parties of record via the Electronic Court Filing system.

*/s/ Ira Gifford*